

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00231-CR

**DARYL GLEN FERGUSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 77th District Court
Limestone County, Texas
Trial Court No. 13672-A**

## ORDER DENYING REHEARING

Daryl Glen Ferguson's motion for rehearing filed on January 5, 2017 is denied.

PER CURIAM



Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed January 25, 2017